IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR72 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| CHRISTOPHER LOCKER, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Motion of the United States (Filing No. 15), leave of court is granted for the filing of the dismissal of the Petition for Offender Under Supervision and the Amended Petition for Offender Under Supervision.

IT IS ORDERED that the Motion to Dismiss the Petition for Offender Under Supervision and Amended Petition for Offender Under Supervision (Filing No. 15) is granted.

Dated this 13th day of November, 2009.

BY THE COURT:


**s/ Joseph F. Bataillon**
JOSEPH F. BATAILLON
United States District Judge